IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSEPH R. ALBERTS,

        Appellant,

 v.

                                Case No. 5D22-58
                                LT Case No. 2020-SC-046768

PARRISH MEDICAL CENTER,
SPACE COAST RADIOLOGY
ASSOCIATES, AND CARMONA
PATHOLOGY ASSOCIATES, P.A.,

        Appellees.
_____/

Decision filed October 4, 2022

Appeal from the County Court
for Brevard County,
Michelle Vitt Baker, Judge.

Jason R. Kobal, of Kobal Law, P.A.,
Tampa, for Appellant.

Kelly J. H. Garcia, John M. Brennan and
John M. Brennan, Jr., of GrayRobinson,
P.A., Orlando, for Appellees.

PER CURIAM.

      AFFIRMED.

WALLIS, SASSO and WOZNIAK, JJ., concur.